IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Mariah D. Brown, ) | C.A. #2:14-2638-PMD-MGB |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| IQor US Inc., IQor Holdings US Inc., ) iQor US Inc., and IQor Holdings Inc., ) | |
| Defendants. ) | |

This matter is before the court upon the magistrate judge's recommendation that defendant s' motion to dismiss plaintiff's third and fourth causes of action be granted. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Civil Rule 73.02(B)(2)(g) and 28 U.S.C. § 636(b)(1)(A).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that the **Third and Fourth Causes of Action of the Complaint** are **dismissed**.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

March 24, 2015
Charleston, South Carolina